Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant RODRIGUEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 2:21-cr-00283-APG-EJY |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MELINDA RODRIGUEZ, ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant MELINDA RODRIGUEZ.

DATED this  28th  day of   December  , 2021.

_____
UNITED STATES DISTRICT JUDGE

4