Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

MELINDA LOUISE RODRIGUEZ,

Defendant.

2:21-cr-00283-CDS-EJY

(First Request)

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant MELINDA LOUISE RODRIGUEZ, by and through her attorney, LANCE A. MANINGO, and the United States of America, by and through ALLISON REESE, Assistant United States Attorney, that the sentencing hearing currently scheduled for October 19, 2022, at 10:00 a.m. be vacated and continued to a minimum of ninety (90) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1. Defense Counsel has a confirmed in-custody, multi-defendant, double homicide state trial that was slated to begin on October 5, 2022 at 9:00 a.m. Due to unforeseen circumstances trial did not begin until October 10, 2022 and will continue for a minimum of 2-3 weeks;

1

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 12th day of October, 2022.

By:  /s/ Lance Maningo
LANCE A. MANINGO
Attorney for Defendant

By:  /s/ Allison Reese
ALLISON REESE
Attorney for United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

MELINDA LOUISE RODRIGUEZ,

Defendant.

2:21-cr-00283-CDS-EJY

(First Request)

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense Counsel has a confirmed in-custody, multi-defendant, double homicide state trial that was slated to begin on October 5, 2022 at 9:00 a.m. Due to unforeseen circumstances trial did not begin until October 10, 2022 and will continue for a minimum of 2-3 weeks;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

///

///

3

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for October 19, 2022 at 10:00 a.m. be vacated and continued to January 17, 2023 at 10:00 a.m. in courtroom 6B.

DATED: October 13, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MANINGO LAW

By:   /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

4