# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ADILENE CORONEL,<br><br>Defendant. | Case No.: 2:21-cr-00283-CDS-EJY<br><br>**Order Denying Stipulation and Order to Continue Motions Deadlines and Trial Dates (Fourth Request)**<br><br>[ECF No. 76] |

The parties' filed a stipulation and order to continue motions deadlines and trial dates asking that I move the trial date from November 14, 2022, to a date no sooner than 90- days. ECF No. 76. The only reason the parties give for this request is that "[c]ounsel needs additional time to review the discovery and conduct investigation in this case in order to determine whether there are pretrial issues that must be litigated and whether the case will ultimately go to trial." *Id.*

I will not continue the trial date unless there is good cause to do so. Based solely on the limited information contained in the stipulation, without details of the extent and volume of the discovery, and the fact that the same information has been included in prior stipulations, I cannot find good cause to continue. Therefore, the fourth request to continue motions deadlines and trial dates is DENIED without prejudice.

DATED: October 19, 2022

_____
Cristina D. Silva
United States District Judge