JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00283-CDS-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO SENTENCING HEARING** (Second Request) |
| MELINDA LOUISE RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M.

FRIERSON, United States Attorney, and ALLISON REESE, Assistant United States

Attorney, counsel for the United States of America, and LANCE MANINGO, counsel for

Defendant MELINDA LOUISE RODRIGUEZ, that the Sentencing hearing currently

scheduled for January 17, 2023, at the hour of 10:00 a.m., be vacated and set to a date and time

convenient to this court, but in no event no sooner than two (2) weeks. The Stipulation is

entered into for the following reasons:

      1.     Counsel for Government is unavailable during the currently scheduled hearing

date.

      2.     The parties agree to the continuance.

1

1       3.     Defendant Melinda Louise Rodriguez is in custody and agrees to the

2  continuance.

3       4.     This is the second request for a continuance.

4      DATED:  December 19, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney

*/s/ Lance Maningo*
LANCE MANINGO
Counsel for Defendant Melinda Louise
Rodriguez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00283-CDS-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| MELINDA LOUISE RODRIGUEZ, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for Government is unavailable during the currently scheduled hearing date.

2.    The parties agree to the continuance.

3.    Defendant Melinda Louise Rodriguez is in custody and agrees to the continuance.

4.    This is the second request for a continuance.

5.    For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing date.

///

///

///

3

1

**ORDER**

2          IT IS ORDERED that the Sentencing hearing currently scheduled for January 17, 2023,

3    at the hour of 10:00 a.m., be vacated and continued to February 2, 2023, at the hour of 1:30

4    p.m. in courtroom 6B.

5          DATED this 21st day of December, 2022.

6

7

8    _____
     THE HONORABLE CRISTINA D. SILVA
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4